AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Kenneth Bonawitz | ) | Case No.   **23-MJ-15** |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ **Kenneth Bonawitz** _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers)
18 U.S.C. § 231(a)(3) (Civil Disorder)
18 U.S.C. § 111(a)(1) and (b) (Inflicting Bodily Injury on Certain Officers)
18 U.S.C. § 1752(a)(1) and (b)(1)(A) (Entering and Remaining in a Restricted Building or Grounds with a Deadly Weapon or Dangerous Instrument)
18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly Weapon or Dangerous Instrument)
18 U.S.C. § 1752(a)(4) and (b)(1)(A) (Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly Weapon or Dangerous Instrument)
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Grounds or Buildings)
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings)

Date: _____01/19/2023_____

Zia M. Faruqui
2023.01.19 14:29:00 -05'00'

_____
*Issuing officer's signature*

City and state: _____Washington, D.C._____     _____Zia M. Faruqui, U.S. Magistrate Judge_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 01/19/2023 , and the person was arrested on *(date)* 01/26/2023 at *(city and state)* Pompano Beach, Florida . |
| Date: 01/26/2023          _____ *Arresting officer's signature* |
| Ryan Nougaret , SA-FBI *Printed name and title* |